IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN M. WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-2345 |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 9th day of April, 2015, after considering the motion for summary judgment, and accompanying materials, filed by the defendant (Doc. No. 20), the response in opposition to the motion, and accompanying materials, filed by the plaintiff (Doc. Nos. 28-33), and the reply in support of the motion filed by the defendant (Doc. No. 34); and after oral argument held before the undersigned on March 13, 2015; and after conducting an independent review of the record pursuant to Federal Rule of Civil Procedure 56(c)(3); and it appearing that the defendant has shown that there is no genuine dispute as to any material fact and that it is entitled to judgment as a matter of law, Fed. R. Civ. P. 56(a); accordingly, and for the reasons expressed in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for summary judgment (Doc. No. 20) is **GRANTED**;

2. Judgment is **ENTERED** in favor of the defendant and against the plaintiff on the entirety of the complaint; and

3. The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.